**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6971**

─────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    versus

ROBERT HENRY STEWART, JR., a/k/a Robert Abney,
a/k/a Robert Stewart, Chief, a/k/a Champ
Stewart,

                Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Cameron McGowan Currie, District Judge;
Charles E. Simons, Jr., Senior District Judge.  (CR-96-1, CA-99-
300-1-22)

─────────

Submitted:  November 30, 2000      Decided:  December 6, 2000

─────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Robert Henry Stewart, Jr., Appellant Pro Se.  Dean Arthur
Eichelberger, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South
Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
Local Rule 36(c).

PER CURIAM:

Robert Henry Stewart, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Stewart</u>, Nos. CR-96-1; CA-99-300-1-22 (D.S.C. June 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2